UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LYNELL AVERY DENHAM,<br><br>             Plaintiff,<br><br>     v.<br><br>BRUCE F. MIYAKE,<br><br>             Defendant. | Case No. C17-1538-RSL<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable James P. Donohue, Chief United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Plaintiff's federal civil rights complaint is DISMISSED without prejudice and without leave to amend under *Heck v. Humphrey*, 512 U.S. 744, 487 (1994).

(3) Plaintiff's application to proceed *in forma pauperis*, Dkt. 1, and proposed motion to appoint counsel, Dkt. 1-2, are DENIED as moot.

\\

\\

ORDER OF DISMISSAL - 1

(4)    The Clerk is directed to send copies of this Order to plaintiff and to Judge Donohue.

Dated this **27th** day of **November**, 2017.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER OF DISMISSAL - 2